IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Laura Gutierrez,

                Plaintiff,

v.

Fareva Morton Grove, Inc.,

                Defendants.

Case No. 22-CV-01108

**PLAINTIFF'S MOTION TO VOLUNTARILY DIMISS THE CASE WITHOUT PREJUDICE**

      Plaintiff, Laura Gutierrez, by and through her attorney, Daniel I. Schlade, moves to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 40(a)(2), and states:

      At this point in time Plaintiff has opted to not proceed forward with this lawsuit. Accordingly, she requests a dismissal without prejudice pursuant to Federal Rule of Civil Procedure 40(a)(2).

**Laura Gutierrez**

s/ Daniel I. Schlade
Daniel I. Schlade/ Lead-Trial Attorney (ARDC No. 6273008)
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-942-9415 x103
Email: dschlade@justicialaboral.com

**Certificate of Service**

      I, Daniel I. Schlade, certify that I served this Motion on the below individuals by filing same with the N.D. Ill. ECF filing system on April 18, 2022.

      thopkins@mcguirewoods.com
      vrozmarek@mcguirewoods.com
      usdocket@mcguirewoods.com

                                        s/Daniel I. Schlade